## Corgan, Brian

| | |
|---|---|
| **From:** | Corgan, Brian |
| **Sent:** | Thursday, October 25, 2012 5:40 PM |
| **To:** | 'David Lane' |
| **Cc:** | 'Blanton, Stan'; Swanson, Richard A; Brown, Robert Preston |
| **Subject:** | Vogtle Project Mediation |

Mr. Lane:

In accordance with your letter to counsel dated October 15, 2012, and Mr. Swanson's email to you of October 20, 2012, this is to advise you that the parties have reached an unqualified agreement to continue the mediation until 8:00 p.m. EDT on November 1, 2012.  The parties also have agreed that the sixty (60) Day period referenced in Section 27.4 (a) of the EPC Agreement will be deemed, solely for the purpose of this mediation, not to have expired prior to 8:00 p.m. EDT on November 1, 2012.  Each party expressly reserves its position as to the commencement and expiration of the 60 Day period in Section 27.4 (a) in STONE & WEBSTER, INC. et al v. GEORGIA POWER COMPANY et al (1:12-cv-01226 / USDC District of Columbia) and GEORGIA POWER COMPANY et al v. WESTINGHOUSE ELECTRIC COMPANY LLC et al (1:12-cv-00123 / USDC Southern District of Georgia).

The parties also agree to forbear from filing any civil action arising from the Change Disputes or issues that are the subject of the present mediation prior to 8:00 p.m. EDT on November 1, 2012. If, and to the extent, the parties reach any further agreements concerning the mediation, we will advise you by written communication of any such mutual, unqualified agreement. The parties reserve their respective rights to seek the aid of any Court(s) prior to 8:00 p.m. EDT on November 1, 2012, relative to the filing method by which such civil action may be initiated. Please confirm your receipt of this e-mail and your concurrence that the mediation will continue as provided herein.

Thank you.

Brian G. Corgan



**KILPATRICK
TOWNSEND**

ATTORNEYS AT LAW

**Brian G. Corgan
Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street | Atlanta, GA  30309-4528
office 404 815 6217 | cell 404 735 0435 | fax 404 541 3163
bcorgan@kilpatricktownsend.com | My Profile | vCard

"Law Firm of the Year " in Construction Law
by *U.S. News – Best Lawyers* ® 2011 - 2012 "Best Law Firms"



EXHIBIT

2

tabbies