FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAY 22 P 3: 55

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGIA POWER COMPANY; OGLETHORPE POWER CORPORATION; MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA; and the CITY OF DALTON, GEORGIA, <br><br> Plaintiffs/Counterclaim Defendants, <br> v. <br><br> WESTINGHOUSE ELECTRIC COMPANY, LLC and STONE & WEBSTER, INC., <br><br> Defendants/Counterclaim Plaintiffs. | Case No.1:12-cv-00167-JRH-JEG |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Georgia Power Company, Oglethorpe Power Corporation, Municipal Electrical Authority of Georgia, and the City of Dalton, Georgia respectfully request that this Court grant Plaintiffs' Motion for Leave to File Under Seal. Specifically, the Plaintiffs seek leave to file their Motion to Compel Disclosure of Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review, Brief in Support of Plaintiffs' Motion to Compel Disclosure of Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review, and related exhibits under seal on the basis of the following:

1.  Under this Court's Order Pursuant to Federal Rule of Evidence 502 Concerning Disclosure of Information Protected by the Attorney-Client Priviiege or Work Product Rule ("Rule 502 Order"; Doc. 97, dated April 2, 2014), a receiving party that contests the producing party's claim of privilege or work product must file a motion compelling disclosure of the

1

documents in question within ten business days of receipt of the recall notice. (Rule 502 Order ¶ 5.) The 502 Order requires that all motions regarding privileged or other protected information must be accompanied by a request to the Court to seal the motion and any exhibits filed therewith. (*See id.*)

2. In a letter dated May 8, 2014, Defendant Stone & Webster, Inc. ("Stone & Webster") attempted to recall two documents that it had produced to the Plaintiffs, contending that these documents were protected under the work product, common interest, or joint defense privileges and, therefore, fell within the purview of the Rule 502 Order. (*See* Letter from S. Ewald to J. Finley, May 8, 2014 (attached as Exhibit C to the Brief in Support of Plaintiffs' Motion to Compel Disclosure of the Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review).)

3. The Plaintiffs disagree with Stone & Webster's contentions and, as mandated by the Rule 502 Order, have filed the requisite motion to compel disclosure of these documents.

4. Plaintiffs' Motion to Compel Disclosure of Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review, Brief in Support of Plaintiffs' Motion to Compel Disclosure of the Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review concern and reflect information that Stone & Webster contends falls within the scope of the Rule 502 Order based on a claim of work product, common interest, or joint defense privilege. (*See, e.g.*, Letter from S. Ewald to J. Finley, May 8, 2014, referenced in ¶ 2, above.)

5. Although the Plaintiffs dispute Stone & Webster's contention that the documents at issue are privileged, the Plaintiffs respectfully ask this Court to grant leave for the Plaintiffs to file these materials under seal as required by Para. 5 of the Rule 502 Order ¶ 5.

6.      Pursuant to the Rule 502 Order, and in accordance with Local Rule 79.7(d) & (e), the Plaintiffs state that this request for leave to file under seal is narrowly tailored to comply with the requirements of the Rule 502 Order entered by this Court. The Plaintiffs request that their Motion to Compel Disclosure of Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review, Brief in Support of Plaintiffs' Motion to Compel Disclosure of the Documents Identified in Defendant Stone & Webster's May 8, 2014 Recall Notice and Petition for In-Camera Review, and the exhibits attached thereto remain sealed through this Court's resolution of the issues presented therein.

Dated: May 22, 2014             Respectfully submitted,

**TUCKER LONG**

*/s/ Benjamin Brewton*
Benjamin Brewton
Georgia Bar No. 002530
Lead Counsel for Plaintiffs Georgia Power
Company; Oglethorpe Power Corporation;
Municipal Electric Authority of Georgia; and The
City of Dalton, Georgia
Post Office Box 2426
Augusta, Georgia  30903-2426
Telephone:  (706) 722-0771
E-mail:  bbrewton@thefirm453.com

**JONES DAY**

G. Lee Garrett, Jr.
Georgia Bar No. 286519
Joseph E. Finley
Georgia Bar No. 261526
Counsel for Plaintiffs Georgia Power Company;
Oglethorpe Power Corporation; Municipal Electric
Authority of Georgia; and The City of Dalton,
Georgia
1420 Peachtree Street, N.E.
Suite 800

Atlanta, GA 30309-3053
Telephone: (404) 581-8013
E-mail: ggarrett@jonesday.com
E-Mail: jfinley@jonesday.com

**BALCH & BINGHAM LLP**

T. Joshua Archer
Georgia Bar No. 021208
Counsel for Plaintiffs Georgia Power Company;
Oglethorpe Power Corporation; Municipal Electric
Authority of Georgia; and The City of Dalton,
Georgia
30 Ivan Allen, Jr. Boulevard, N.W
Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
E-mail: jarcher@balch.com

M. Stanford Blanton
Alabama Bar No. 4913-75M
(Admitted *pro hac vice*)
Counsel for Plaintiffs Georgia Power Company;
Oglethorpe Power Corporation; Municipal Electric
Authority of Georgia; and The City of Dalton,
Georgia
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-mail: sblanton@balch.com

**TROUTMAN SANDERS**

Frank E. Riggs
Georgia Bar No. 605550
Counsel for Plaintiffs Georgia Power Company;
Oglethorpe Power Corporation; Municipal Electric
Authority of Georgia; and The City of Dalton,
Georgia
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA 30308-2216

Telephone: (404) 885-3000
E-mail: frank.riggs@troutmansanders.com

**ARNALL GOLDEN GREGORY LLP**

Jeffrey Y. Lewis
Georgia Bar No. 450713
Scott A. Wandstrat
Georgia Bar No. 736514
C. Knox Withers
Georgia Bar No. 142842
Counsel for Plaintiff Oglethorpe Power Corporation
171 17th St., N.W.
Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
E-mail: Jeffrey.lewis@agg.com
E-mail: scott.wandstrat@agg.com
E-mail: knox.withers@agg.com
Charles W. Whitney
Georgia Bar No. 756650
Counsel for Oglethorpe Power Corporation
2100 East Exchange Place
Tucker, GA 30084
Telephone: (770) 270-7600
E-mail: chuck.whitney@opc.com

**ALSTON & BIRD**

William H. Hughes, Jr.
Georgia Bar No. 376450
Michael H. Shanlever
Georgia Bar No. 141292
Counsel for Municipal Electric Authority of Georgia
One Atlantic Center
1201 West Peachtree Street
Suite 4200
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
E-mail: bill.hughes@alston.com
E-mail: mike.shanlever@alston.com

**MINOR BELL NEAL**

William F. Jourdain
Georgia Bar No. 405465
Counsel for the City of Dalton, Georgia
745 College Drive
Suite B
Dalton, GA 30720
Telephone: 706-712-5719
Facsimile: 706-278-3569
E-mail: wjourdain@mbnlaw.com

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. and S.D. Ga. LR 5.1, I hereby certify that I manually filed the foregoing Motion for Leave to File under Seal with the Clerk of Court and have mailed notifications and copies to all attorneys of record.

This 22nd day of May, 2014.

                                              TUCKER LONG

                                              Benjamin Brewton
                                              Georgia Bar No. 002530
                                              Lead Counsel for Plaintiffs Georgia Power
                                              Company; Oglethorpe Power Corporation;
                                              Municipal Electric Authority of Georgia; and The
                                              City of Dalton, Georgia
                                              Post Office Box 2426
                                              Augusta, Georgia  30903-2426
                                              Telephone: (706) 722-0771
                                              E-mail:  bbrewton@thefirm453.com

ATI-2605474v2